UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
Aasir Azzarmi,
                Plaintiff(s),

    -against-                                    20cv6835(GBD)
                                                  PRO SE PRETRIAL
Key Food Stores Co-operative Inc.; Does 1-10      CONFERENCE
                      Defendant(s).
-------------------------------------------------------------------X

      Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Barbara C. Moses for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

      All correspondence to the Court should be addressed to the chambers of Magistrate Judge Barbara C. Moses and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

      Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated: September 21, 2020
       New York, New York

                                                             SO ORDERED:

                                                            */s/ George B. Daniels*

                                                             George B. Daniels
                                                            United States District Judge