

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI,

        Plaintiff,

  -against-

KEY FOOD STORES CO-OPERATIVE INC., et al.,

        Defendants.

20-CV-6835 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated September 22, 2020 (Dkt. No. 8), the Hon. George B. Daniels, United States District Judge, extended the deadline for plaintiff to serve defendant Key Food Stores Co-Operative Inc. (Key Food Stores), which is normally 90 days after the complaint is filed, *see* Fed. R. Civ. P. 4(m), to 90 days after the issuance of a summons, and instructed plaintiff that if the complaint was not served within that time, that he should request an extension of time for service. Sept. 22 Order at 1-2. A summons was issued that same date; thus, the extended deadline to serve defendant Key Food Stores was December 21, 2020, and no proof of service has appeared on the docket.

    In light of plaintiff's pro *se* status, the Court *sua sponte* further extends the deadline to effect service on defendant Key Food Stores, and file proof thereof, to **January 20, 2021**.

Dated: New York, New York
       December 30, 2020

                        **SO ORDERED**.

                        **BARBARA MOSES**
                        **United States Magistrate Judge**