USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/20/21_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI,

        Plaintiff,

-against-

KEY FOOD STORES CO-OPERATIVE INC.,

        Defendant.

20-CV-6835 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed at the conference, plaintiff's letter-motions dated May 12 and 13, 2021 (Dkt. Nos. 24, 26) are DENIED insofar as they request: (a) an order requiring defendant's litigation counsel (as opposed to store manager Jin Kim) to verify its interrogatory answers; (b) an extension of time to amend his complaint; and (c) leave to serve supplemental interrogatories in excess of 25.

    The deadline to file an amended complaint remains **June 1, 2021**. Thereafter, any motion to further amend the complaint or to join additional parties will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4). Defendant Key Food Stores Co-Operative Inc. (Key Food), if named as a defendant in the amended complaint, shall answer or otherwise respond to the amended pleading within 21 days after service thereof. Newly-named defendants, if any, shall answer or respond within 21 days of service of the summons and amended complaint upon them. Counsel for defendant Key Foods has agreed to accept service on behalf of 55 Fulton Market Inc. and Angel Parma, if named as defendants in the amended complaint.

    The next conference is scheduled before Judge Moses on **June 30, 2021, at 12:00 p.m.** No later than **June 28, 2021**, parties shall file a joint status letter that succinctly describes (without argument) all scheduling, discovery, or procedural matters that any party wishes to discuss at the conference.

Pending the June 30, 2021 conference, all discovery is STAYED. In light of the stay, plaintiff's request for a protective order delaying his deposition until after he has amended the complaint (Dkt. No. 24) is DENIED AS MOOT. Key Food's request for an order barring plaintiff from contacting its attorney Andrew S. Hoffman "from having any contact with me or my law firm except through email" (Dkt. No. 27) is DENIED without prejudice to renewal if necessary.

Dated: New York, New York
May 20, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**