UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AASIR AZZARMI,<br><br>   Plaintiff,<br><br>-against-<br><br>KEY FOOD STORES CO-OPERATIVE INC.,<br><br>   Defendant. | 20-CV-6835 (GBD) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

On June 30, 2021, the Court conducted a telephonic status conference. Although the conference was scheduled approximately six weeks in advance (Dkt. No. 32), and appears to have been the subject of at least some correspondence among the parties (*see* Dkt. No. 45), the *pro se* plaintiff did not appear. All defendants appeared through counsel. For the reasons discussed at the conference, it is hereby ORDERED as follows:

1. In light of the filing of the Amended Complaint (Dkt. No. 34) and the addition of new defendants, all newly-named defendants shall make the initial disclosures required by Fed. R. Civ. P. 26(a)(1) no later than **July 9, 2021**. All continuing parties shall supplement their disclosures, pursuant to Fed. R. Civ. P. 26(e), no later than **July 9, 2021**.

2. In light of the motions to dismiss the Amended Complaint filed by all defendants (Dkt. Nos. 39, 42), discovery shall remain stayed pending disposition of the motions or further order of the Court.

3. The next conference is scheduled before Judge Moses on **August 18, 2021, at 12:00 p.m.** No later than **August 16, 2021**, parties shall file a joint status letter that succinctly describes (without argument) all scheduling or procedural matters that any party wishes to discuss at the conference. The conference will be by telephone unless the Court otherwise orders.

Dated: New York, New York
    July 1, 2021        **SO ORDERED**.

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**