UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI,

        Plaintiff,

-against-

KEY FOOD STORES CO-OPERATIVE INC., et al.,

        Defendants.

20-CV-6835 (GBD) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

On August 18, 2021, the Court conducted a telephonic status conference. Although the conference was scheduled approximately six weeks in advance (Dkt. No. 46), the pro se plaintiff did not appear. All defendants appeared through counsel. For the reasons discussed at the conference, it is hereby ORDERED as follows:

No later than **August 25, 2021**, each party shall inform the Court, in writing, whether that party believes that a referral to the Court-annexed Mediation Program, pursuant to Local Civil Rule 83.9(e)(3), would be productive. A mediation referral, if made, will have no effect upon any scheduling order issued by the Court.

Dated: New York, New York
      August 18, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**