USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AASIR AZZARMI,

        Plaintiff,

-against-

KEY FOOD STORES CO-OPERATIVE INC., et al.,

        Defendants.

20-CV-6835 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

There is a status conference in this matter scheduled for July 5, 2022. (Dkt. No. 65.) The parties failed to submit the required joint status update letter by June 28, 2022. Defendant has not made any submission. Plaintiff filed a "joint status letter," signed only by him, requesting that the status conference be held telephonically and raising a number of discovery disputes. In light of those disputes, plaintiff's request to hold the conference telephonically is DENIED. However, to provide plaintiff with sufficient time to make travel arrangements, the conference is ADJOURNED to **August 2, 2022 at 2:30 p.m.**

The parties are reminded that the Court expects a <u>joint</u> status update no later than one week before the conference. The joint letter is now due **July 26, 2022**. If there are discovery disagreements, the parties may separately state their positions in appropriately labeled portions of the letter. For each discovery dispute, the relevant request and response must be attached to the letter.

At the conference, the parties should also be prepared to discuss settlement.

Dated: New York, New York
       June 29, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**