```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI,

        Plaintiff,

-against-

55 FULTON MARKET, et al.,

        Defendants.

20-CV-6835 (GBD) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during this afternoon's telephonic conference, the deposition of Shamin Chaitram may resume on a date and at a time reasonably convenient to the parties and the witness. Defendants' counsel shall arrange for an audio recording of the deposition. In the event of any motion practice related to this deposition, a copy of the audio recording shall be submitted to the Court along with the transcript.

Dated: New York, New York
       September 13, 2022

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge