```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AASIR AZZARMI,

          Plaintiff,

-against-

55 FULTON MARKET, et al.,

          Defendants.

20-CV-6835 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In accordance with the August 10, 2023 Memorandum Decision and Order of the Hon. George B. Daniels, United States District Judge (Aug. 10 Order) (Dkt. 147), and Fed. R. Civ. P. 56(e)(1), Judge Moses will hold an evidentiary hearing on **October 26, 2023, at 9:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, for the purpose of taking testimony from **Stephanie Acosta**, **Teresa Sorrento**, and **Anthony Russo**, who must attend in person. Plaintiff Aasir Azzarmi must also attend in person. No other testimony, and no further briefing, is required or will be accepted. The Court anticipates that the hearing will conclude by 12:00 p.m. Defendants may attend through counsel.

    It is the responsibility of plaintiff Azzarmi to produce the witnesses at the hearing, by subpoena if necessary. "If Acosta, Sorrento, or Russo fail to appear for the evidentiary hearing, this Court will assume they are not willing or able to testify at trial." Aug. 10 Order at 10.

    Any request to adjourn or reschedule the October 26, 2023 hearing must be made promptly after the need for such action arises, but only after the parties have met and conferred in good faith with respect to scheduling.

Dated: New York, New York
       August 10, 2023

                                          SO ORDERED.

                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**