UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AASIR AZZARMI,

                        Plaintiff,

            -against-

55 FULTON MARKET and ANGEL PALMA,

                      Defendants.

------------------------------------- x

ORDER

20 Civ. 6835 (GBD) (BCM)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that Plaintiff wishes to voluntarily dismiss this action (ECF No. 158), and Defendants consent to Plaintiff's request to voluntarily dismiss the instant action (ECF No. 159), this action is hereby dismissed with prejudice, and the clerk of court is ORDERED to close the above-captioned action. (Federal Rule of Civil Procedure 41(a)(2))

Dated:  September 28, 2023
          New York, New York

                                                 SO ORDERED.

                                                 GEORGE B. DANIELS
                                                 United States District Judge

1